■ EDWIN L. BIECK et al., Respondents, v. JACK RADMIN et al., Appellants, et al., Defendants.— Three orders appealed from unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ. [14 Misc 2d 416.]

■ EDWIN L. BIECK et al., Respondents, v. JACK RADMIN et al., Defendants, and HOLIDAY PACKING Co., INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ. [14 Misc 2d 416.]

■ MARION A. EDELSTEIN, Respondent, v. JACK J. ROSE et al., Appellants.— Judgment and order unanimously affirmed, with costs to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ MARION A. EDELSTEIN, Respondent, v. JACK J. ROSE et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ SAMUEL HURWITZ, Appellant-Respondent, v. SARAH M. HURWITZ, Respondent-Appellant.— Amended judgment and order so far as appealed from affirmed. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JAMES FARLEY.— Motion dismissed, having become academic by virtue of the decision of this court in *People* v. *Farley* (*post*, p. 712). Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JAMES FARLEY.— Motion to dismiss appeal granted. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ FRANK SUSSI v. JULIA POLLAN.—Motion granted on condition that appellant pays $10 costs, insofar as to further extend the time for defendant-appellant to serve and file the record on appeal and appellant's points to and including December 9, 1958, with notice of argument for the January 1959 Term of this court, said appeal to be argued or submitted when reached. In the event appellant fails to comply with the condition provided in the order herein, respondent may enter an order dismissing the appeal without notice to appellant. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

## (December 4, 1958)

■ In the Matter of EVSEY EMELIANOW, Respondent. MARY URBOVICT, Appellant.— Motion granted, unless appellant corrects the record on appeal so as to include therein the minutes of the trial, in accordance with the direction of Surrogate Cox, and serves and files the amended record on appeal and the appellant's points on or before January 6, 1959, with notice of argument for the February 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. EUGENE F. SMITH and IRVING T. PALEY.—Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.